UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Alexander Robeck Martin                                    Docket No. 5:12-CR-232-2BO

**Petition for Action on Supervised Release**

COMES NOW Julie Wise Rosa, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Alexander Robeck Martin, who, upon an earlier plea of guilty to Theft of Firearms From the Person or Premises of a Federal Firearms Licensee and Aiding and Abetting, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on March 08, 2013, to the custody of the Bureau of Prisons for a term of 48 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Alexander Robeck Martin was released from custody on July 21, 2016, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

During the initial office contact with the defendant, he admitted to smoking marijuana while in the custody of the halfway house. He advised he continues to struggle with his substance addiction and is in need of treatment. Additionally, to address his feelings of rage and anger, the defendant agreed to undergo mental health treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                              I declare under penalty of perjury that the foregoing
                                                    is true and correct.

/s/ Jeffrey L. Keller                               /s/ Julie Wise Rosa
Jeffrey L. Keller                                   Julie Wise Rosa
Supervising U.S. Probation Officer                  U.S. Probation Officer
                                                    310 New Bern Avenue, Room 610
                                                    Raleigh, NC 27601-1441
                                                    Phone: 919-861-8675
                                                    Executed On: July 21, 2016

Alexander Robeck Martin
Docket No. 5:12-CR-232-2BO
Petition For Action
Page 2

**ORDER OF THE COURT**

Considered and ordered this ol day of July, 2016, and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge